
No. 11–0123/AR.  U.S. v. Bryant K. Marsh.  CCA 20080382.  Appellee's motion to supplement the joint appendix is granted.

No. 11–0282/AR.  U.S. v. Bobby D. Morrissett.  CCA 20090166.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, *up to and including March 21, 2011,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, March 11, 2011

No. 11–0278/AR.  U.S. v. Tommy R. Estes.  CCA 20090385.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0292/MC.  U.S. v. Joseph J. Karras.  CCA 201000340.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, we note that the convening authority approved the sentence, which included a bad-conduct discharge, and then stated,

> In accordance with the UCMJ, Rules [for] Courts–Martial, applicable regulations, and this action, the sentence is ordered executed.

Under Article 71(c)(1), UCMJ, a punitive discharge cannot be ordered executed until, after the completion of direct appellate review, there is a final judgment as to the legality of the proceedings.  Thus, to the extent that the convening authority's action purported to execute the bad-conduct discharge, it was a nullity.  To avoid any error in this regard, we again suggest that the model "Forms for Action" in

---

* It is directed that the promulgating order be corrected to reflect that the date of sentencing was 29 April 2009.  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

*Manual for Courts–Martial, United States* app. 16 at A16–1—A16–6 (2008 ed.) be revised. *See United States v. Politte,* 63 M.J. 24, 26 n.11 (C.A.A.F. 2006). Accordingly, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.**

No. 11–0278/AR. U.S. v. Tommy R. Estes. CCA 20090385. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0292/MC. U.S. v. Joseph J. Karras. CCA 201000340. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

Misc. No. 11–8018/NA. U.S. v. Richard T. Pearce. CCA 201100110. On consideration of the writ-appeal petition and Appellant's motion to stay the proceedings, it is ordered that said motion is hereby denied, and that said writ-appeal is hereby denied.

No. 11–0345/AR. U.S. v. Daniel L. Staley. CCA 20080477. Appellant's ***second*** motion to extend time to file the supplement to the petition for grant of review granted, ***up to and including March 24, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.***

** It is noted that the military judge neglected to order certain portions of the record sealed under MRE 412. Accordingly, the Clerk is directed to seal pages 98–116, 129–33, AE V, AE XII, and AE XXIV.